**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00695-RPM-MEH

TERESA GREEN,

    Plaintiff,

v.

ALLIED INTERSTATE, LLC, a Minnesota limited liability company,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

May 9th, 2011       s/ Richard P. Matsch
_____       _____
DATE       Richard P. Matsch, Senior District Judge